| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the:<br><br>MIDDLE DISTRICT OF FLORIDA | |
| Case number *(if known)* _____    Chapter __**11**__ | |

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | **Debtor's name** | GD Transport, LLC |
|---|---|---|

| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | **Debtor's federal Employer Identification Number** (EIN) | 32-0452103 |
|---|---|---|

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **200 Zell Drive**<br>**Orlando, FL 32824**<br>Number, Street, City, State & ZIP Code | **6526 Old Brick Road, Suite 120-332**<br>**Windermere, FL 34786**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | **gdtransportinc.com** |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |
|---|---|---|

Debtor    **GD Transport, LLC**
Name                                                              Case number (*if known*)

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

‾‾‾‾

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor    **GD Transport, LLC**                                          Case number (*if known*) _____
_____
          Name

**10.  Are any bankruptcy cases**      ■ No
      **pending or being filed by a**   ☐ Yes.
      **business partner or an**
      **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When | _____ | Case number, if known _____ |

**11.  Why is the case filed in**    *Check all that apply:*
      ***this district?***
                                 ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                    preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                 ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**       ■ No
      **have possession of any**      ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **real property or personal**
      **property that needs**
      **immediate attention?**        **Why does the property need immediate attention?** (*Check all that apply.*)

                                      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                         What is the hazard? _____

                                      ☐ It needs to be physically secured or protected from the weather.

                                      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                         livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                      ☐ Other _____
                                      **Where is the property?**  _____
                                                                  Number, Street, City, State & ZIP Code
                                      **Is the property insured?**
                                      ☐ No
                                      ☐ Yes.   Insurance agency  _____
                                               Contact name      _____
                                               Phone             _____

■ **Statistical and administrative information**

**13.  Debtor's estimation of**  .    *Check one:*
      **available funds**
                                 ■  Funds will be available for distribution to unsecured creditors.

                                 ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**     ■ 1-49                    ☐ 1,000-5,000            ☐ 25,001-50,000
      **creditors**             ☐ 50-99                   ☐ 5001-10,000            ☐ 50,001-100,000
                                ☐ 100-199                 ☐ 10,001-25,000          ☐ More than100,000
                                ☐ 200-999

**15.  Estimated Assets**        ☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**   ☐ $0 - $50,000            ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Debtor    **GD Transport, LLC**                                          Case number (*if known*) _____
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **GD Transport, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 16, 2025**
                MM / DD / YYYY

**X** **/s/ Joslemy Sofia Delgado Lucena**                    **Joslemy Sofia Delgado Lucena**
Signature of authorized representative of debtor              Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Daniel A. Velasquez**                    Date    **June 16, 2025**
Signature of attorney for debtor                            MM / DD / YYYY

**Daniel A. Velasquez 0098158**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone    **(407) 481-5800**        Email address    **dvelasquez@lathamluna.com**

**0098158 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **GD Transport, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Altus Receivables Management 2121 Airline Drive Suite 520 Metairie, LA 70002** | | **Business Debt** | | | | **$1,021.72** |
| **American Express PO Box 15123 Wilmington, DE 19850** | | **Business Credit Card** | | | | **$62,570.47** |
| **American Express PO Box 15123 Wilmington, DE 19850** | | **Business Credit Card** | | | | **$32,952.74** |
| **American Express PO Box 15123 Wilmington, DE 19850** | | **Business Credit Card** | | | | **$21,498.88** |
| **Bank of America PO Box 982234 El Paso, TX 79998-2234** | | **Business Credit Card** | | | | **$30,492.26** |
| **Bank of America PO Box 982234 El Paso, TX 79998-2234** | | **Business Line of Credit** | | | | **$36,101.28** |
| **Bank of America PO Box 982234 El Paso, TX 79998-2234** | | **Business Credit Card** | | | | **$14,968.35** |
| **BMO Harris Bank 300 E. John Carpenter Freeway Irving, TX 75062-2712** | | **2020 MACK Anthem - 1M1AN4GY7LM01 3947 (Unit 82332)** | | **$44,792.10** | **$35,000.00** | **$9,792.10** |

Debtor __GD Transport, LLC_____    Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BMO Harris Bank 300 E. John Carpenter Freeway Irving, TX 75062-2712** | | **2020 MACK Anthem AN64T - VIN 1M1AN4GY0LM015166 (Unit 82456) 2020 MACK Anthem AN64T - VIN 1M1AN4GY7LM015178 (Unit 82457)** | | **$73,362.96** | **$70,000.00** | **$3,362.96** |
| **Chase Bank PO Box 15298 Wilmington, DE 19850-5298** | | **Business Credit Card** | | | | **$38,750.00** |
| **Great Plains Truck Leasing, LLC dba Truck Center Companies Leasing & Rental 14321 Cornhusker Road Omaha, NE 68138** | | **2022 Freightliner PT126SLP - VIN 3AKJHHDR1NSNM2909 (Unit 82342) 2022 Freightliner PT126SLP - VIN 3AKJHHDR8NSNM2910 (Unit 32343) 2022 Freightliner PT** | | **$246,751.50** | **$210,000.00** | **$36,751.50** |
| **Great Plains Truck Leasing, LLC dba Truck Center Companies Leasing & Rental 14321 Cornhusker Road Omaha, NE 68138** | | **2022 Freightliner PT126SLP - VIN 3AKJHHDR1NSNM2912 (Unit 82345)** | | **$82,250.50** | **$70,000.00** | **$12,250.50** |
| **Prime Property & Casualty Insurance Attn Brittney Magallanes 8722 S. Harrison Street Sandy, UT 84070** | | **Business Debt** | | | | **$1,250.00** |
| **SMFL Sumitomo Mitsui Finance & Leasing Company 666 Third Ave., 8th Floor New York, NY 10017** | | **2023 Freightliner PT126SLP Tractor - VIN 3AKJHHDR3PSUL9462 (Unit 82460) 2023 Freightliner PT126SLP Tractor - VIN 3AKJHHDR5PSUL9463 (Unit 82461)** | | **$223,656.19** | **$170,000.00** | **$53,656.19** |

Debtor    **GD Transport, LLC**                                          Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wabash National Finance PNC Equipment Finance 655 Business Center Dr. Suite 250 Horsham, PA 19044** | | **2023  Wabash Duraplate Dry Van Trailer - VIN 1JJV532D5PL368831 (Unit 201719)** | | **$33,135.46** | **$28,000.00** | **$5,135.46** |
| **Wells Fargo Bank PO Box 29482 Phoenix, AZ 85038** | | **Business Credit Card** | | | | **$17,766.91** |
| **Wells Fargo Equipment Finance In 600 South 4th Street MAC N 9300-100 Minneapolis, MN 55415** | | **2024 Volvo VNL64T - VIN 4V4NC9EHXRN622075 (Unit 82350)** | | **$112,007.54** | **$85,000.00** | **$27,007.54** |
| **Wells Fargo Equipment Finance In 600 South 4th Street MAC N 9300-100 Minneapolis, MN 55415** | | **2024 Volvo VNL760 New Fifth Wheel Tractor - VIN 4V4NC9EH8RN622074** | | **$123,923.65** | **$120,000.00** | **$3,923.65** |
| **Wells Fargo Equipment Finance In 600 South 4th Street MAC N 9300-100 Minneapolis, MN 55415** | | **2023 Volvo VNL64T - VIN 4V4NC9EH5PN610557 (Unit 82349)** | | **$98,470.14** | **$85,000.00** | **$13,470.14** |
| **Wells Fargo Equipment Finance In 600 South 4th Street MAC N 9300-100 Minneapolis, MN 55415** | | **2023 Volvo VNL760Fifth Wheel Tractor - VIN 4V4KC9EH0NN601555 (Unit 82348)** | | **$95,153.23** | **$85,000.00** | **$10,153.23** |

# United States Bankruptcy Court
## Middle District of Florida

In re   **GD Transport, LLC**                                                Case No. _____

                                        Debtor(s)          Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hernan Giron**<br>**11061 Ledgement Lane**<br>**Windermere, FL 34786** | | **50 %** | |
| **Joslemy Sofia Delgado Lucena**<br>**11061 Ledgement Lane**<br>**Windermere, FL 34786** | | **50 %** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 16, 2025** _____          Signature   **/s/ Joslemy Sofia Delgado Lucena**
                                                      **Joslemy Sofia Delgado Lucena**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Middle District of Florida

In re    **GD Transport, LLC**
_____    Case No. _____

                                    Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 16, 2025**
_____    **/s/ Joslemy Sofia Delgado Lucena**
                                    _____
                                    **Joslemy Sofia Delgado Lucena/Managing Member**
                                    Signer/Title

GD Transport, LLC - - Pg. 1 of 1

GD Transport, LLC
6526 Old Brick Road, Suite 120-332
Windermere, FL 34786

De Lage Landen Financial Service
1111 Old Eagle School Road
Wayne, PA 19087

Wells Fargo Equipment Finance In
600 South 4th Street
MAC N9300-100
Minneapolis, MN 55415

Daniel A. Velasquez
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

Great Plains Truck Leasing, LLC
dba Truck Center Companies
Leasing & Rental
14321 Cornhusker Road
Omaha, NE 68138

Wells Fargo Equipment Finance In
600 South 4th Street
MAC N 9300-100
Minneapolis, MN 55415

Altus Receivables Management
2121 Airline Drive
Suite 520
Metairie, LA 70002

Hernan Giron
11061 Ledgement Lane
Windermere, FL 34786

WEX Bank
7090 Union Park Center
Suite 350
Midvale, UT 84047

American Express
PO Box 15123
Wilmington, DE 19850

Joslemy Delgado
11061 Ledgement Lane
Windermere, FL 34786-6420

Bank of America
PO Box 982234
El Paso, TX 79998-2234

Joslemy Sofia Delgado Lucena
11061 Ledgement Lane
Windermere, FL 34786

BMO Harris Bank
300 E. John Carpenter Freeway
Irving, TX 75062-2712

Prime Property & Casualty
Insurance
Attn Brittney Magallanes
8722 S. Harrison Street
Sandy, UT 84070

BMO Transportation Finance
300 E John Carpenter Freeway
Irving, TX 75062-2712

SMFL
Sumitomo Mitsui Finance &
Leasing Company
666 Third Ave., 8th Floor
New York, NY 10017

Chase Bank
PO Box 15298
Wilmington, DE 19850-5298

Wabash National Finance
PNC Equipment Finance
655 Business Center Dr.
Suite 250
Horsham, PA 19044

CT Corporation System
as Representative
330 N. Brand Blvd.
Suite 700, Attn: SPRS
Glendale, CA 91203

Wells Fargo Bank
PO Box 29482
Phoenix, AZ 85038

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re   **GD Transport, LLC**                                       Case No. _____

                                       Debtor(s)                Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 26,738.00 |
| Prior to the filing of this statement I have received | $ | 26,738.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor       ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor       ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 16, 2025**
*Date*

                                **/s/ Daniel A. Velasquez**
                                **Daniel A. Velasquez 0098158**
                                *Signature of Attorney*
                                **Latham Luna Eden & Beaudine LLP**
                                **201 S. Orange Avenue**
                                **Suite 1400**
                                **Orlando, FL 32801**
                                **(407) 481-5800  Fax: (407) 481-5801**
                                **dvelasquez@lathamluna.com**
                                *Name of law firm*